# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brady, Holly A. | Northern District of Indiana, Fort Wayne Division | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1300 S. Harrison Street
Fort Wayne, IN 46802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Article III Judge | United States District Court, Northern District of Indiana, Fort Wayne Division |
| 2. | Vice President | Haller & Colvin., PC - Resigned effective April 19, 2019 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/19/2019 | Holly A. Brady and Haller & Colvin, PC - Redemption Agreement |
| 2. 04/19/2019 | Holly A. Brady and East Main Street Associates, LLC - LLC Membership Redemption Agreement |
| 3. 04/19/2019 | Holly A. Brady and East Main Street Associates, LLC - Promissory Note |
| 4. 01/01/2017 | Holly A. Brady and Haller & Colvin, PC. - Employment Agreement and payments to be made following Brady's withdrawal as an owner of Haller & Colvin, PC |
| 5. 2009 | Haller & Colvin, PC Retirement Plan |
| 6. 2007 | Holly A. Brady and Haller & Colvin, PC. Payment for units of Haller & Colvin pursuant to Operating Agreement |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2019 | Haller & Colvin W-2 Wages | $169,001.00 |
| 2. 2019 | Haller & Colvin K-1 Income | $39,196.00 |
| 3. 2019 | East Main Street, LLC K-1 Income | $1,658.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self Employed - Customer Service Consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Intel Corp. | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 2.   Steel Dynamics | A | Dividend | K | T | | | | | |
| 3.   Visa | | None | | | Buy | 01/02/19 | K | | |
| 4.   Visa | A | Dividend | | | Sold | 05/16/19 | K | D | |
| 5.   Janus Henderson Forty D Shares | A | Dividend | | | Sold | 05/16/19 | L | C | |
| 6.   Janus Henderson Overseas D Shares | A | Dividend | K | T | | | | | |
| 7.   Millennium Trust/BioPoly | | None | M | T | | | | | |
| 8.   All Schwab 401(k) Rolled Over to Brady IRA with Schwab June 2019 - (H) | | | | | | | | | |
| 9.   Brady IRA Schwab Cash Reserve | A | Interest | K | T | | | | | |
| 10.  Brady IRA Schwab American Fed Europacific (AEPFX) | C | Dividend | L | T | Buy<br>(add'l) | 02/26/19 | J | | |
| 11.  Brady IRA - Angel Oak (ANGLX) | | None | | | Buy | 04/25/19 | K | | |
| 12.  Brady IRA - Angel Oak (ANGLX) | A | Dividend | K | T | Sold<br>(part) | 07/10/19 | J | | |
| 13.  Brady IRA - Brandywine Global | | None | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 14.  Brady IRA - Brandywine Global | A | Dividend | | | Sold | 04/26/19 | K | | |
| 15.  Brady IRA Schwab Carillon Eagle Small Cap (HRSCX) | C | Dividend | K | T | Buy<br>(add'l) | 07/11/19 | J | | |
| 16.  Brady IRA Schwab Doubline Schiller Ehnanced (DSENX) | B | Dividend | M | T | Sold<br>(part) | 07/11/19 | J | | |
| 17.  Brady IRA - Gugenheim Total Return (GIBLX) | A | Dividend | K | T | Buy | 12/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Brady IRA Schwab Ishares Core US | | None | | | Buy (add'l) | 02/26/19 | J | | |
| 19. Brady IRA Schwab Ishares Core US | | None | | | Sold | 04/25/19 | K | | |
| 20. Brady IRA Schwab Ishares MSCI EAfe ETF (EFA) | | None | | | Buy (add'l) | 02/26/19 | K | | |
| 21. Brady IRA Schwab Ishares MSCI EAfe ETF (EFA) | B | Dividend | M | T | Buy (add'l) | 07/11/19 | J | | |
| 22. Brady IRA Schwab MFS New Discovery Value (NDVAX) | B | Dividend | L | T | Buy (add'l) | 07/11/19 | J | | |
| 23. Brady IRA Schwab Pimco Incm Inst CL (PIMX) | | None | | | Buy (add'l) | 02/26/19 | J | | |
| 24. Brady IRA Schwab Pimco Incm Inst CL (PIMX) | | None | | | Buy (add'l) | 07/11/19 | J | | |
| 25. Brady IRA Schwab Pimco Incm Inst CL (PIMX) | A | Dividend | | | Sold | 08/30/19 | K | | |
| 26. Brady IRA Schwab Pimco Stockplus Small A (PCKAX) | | None | | | Buy (add'l) | 02/26/19 | J | | |
| 27. Brady IRA Schwab Pimco Stockplus Small A (PCKAX) | C | Dividend | L | T | Buy (add'l) | 07/11/19 | J | | |
| 28. Brady IRA - Schwab Aggregate Bond Fund (SWAGX) - (X) | A | Dividend | | | Sold | 12/23/19 | K | | |
| 29. Brady IRA Schwab Spdr S&P 500 ETF (SPY) | | None | | | Buy (add'l) | 02/26/19 | J | | |
| 30. Brady IRA Schwab Spdr S&P 500 ETF (SPY) | | None | | | Sold (part) | 07/11/19 | J | | |
| 31. Brady IRA Schwab Spdr S&P 500 ETF (SPY) | B | Dividend | N | T | Buy (add'l) | 09/05/19 | J | | |
| 32. Brady IRA Schwab Vanguard FTSE Emerging (VWO) Markets ETF | | None | | | Buy (add'l) | 02/26/19 | J | | |
| 33. Brady IRA Schwab Vanguard FTSE Emerging (VWO) Markets ETF | A | Dividend | K | T | Buy (add'l) | 07/11/19 | J | | |
| 34. Indiana College Choice Section 529 Direct - Plan #1 Plan - #1 | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Indiana College Choice Section 529 Direct - Plan #2 Plan - #2 | | None | L | T | | | | | |
| 36. Indiana College Choice Section 529 Direct - Plan #3 Plan - #3 | | None | L | T | | | | | |
| 37. Three Rivers Federal Credit Union | A | Interest | L | T | | | | | |
| 38. Chase Bank Account - 1 | A | Interest | J | T | | | | | |
| 39. Chase Bank Account - 2 | A | Interest | J | T | | | | | |
| 40. Old National HSA Account | A | Interest | J | T | | | | | |
| 41. East Main Street Associates, LLC - Property in Allen County, Indiana | A | Rent | | | Sold | 04/19/19 | L | F | |
| 42. Haller & Colvin, PC | E | Distribution | | | Sold | 04/19/19 | J | | |
| 43. Trust Number 1 - 1/6th Remainder Interest (H) | | | | | | | | | |
| 44. -Uobirac, LLC - Property in Allen County, Indiana - AV $914,200 | F | Rent | N | S | | | | | |
| 45. - Promissory Note AW | D | Interest | M | T | | | | | |
| 46. - Promissory Note - RW Winkeljohn | C | Interest | M | T | | | | | |
| 47. - First Source | A | Interest | M | T | | | | | |
| 48. - Activision Blizzard (ATVI) | A | Dividend | K | T | | | | | |
| 49. - Allegiant Travel (LAGT) | A | Dividend | L | T | | | | | |
| 50. - Apple (AAPL) | B | Dividend | M | T | | | | | |
| 51. - Biostage Inc Common Stock (BSTG)- (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cisco Systems (CSCO) | A | Dividend | K | T | | | | | |
| 53. - ETrade Financial (ETFC) | A | Dividend | L | T | | | | | |
| 54. - Nucor (NUE) | A | Dividend | K | T | | | | | |
| 55. -Nutrien Ltd (NTR) - (X) | A | Dividend | J | T | | | | | |
| 56. - Nvidia Corp (NVDA) | A | Dividend | M | T | | | | | |
| 57. - PNC Financial Services (PNC) | A | Dividend | K | T | | | | | |
| 58. - Steel Dynamics (STDL) | D | Distribution | N | T | | | | | |
| 59. - ST Microelectronics (STM) | A | Dividend | J | T | | | | | |
| 60. - Teck Resources (TECK) | A | Dividend | J | T | | | | | |
| 61. - Visa Inc CLA Common Stock (V) | B | Dividend | L | T | | | | | |
| 62. - Weibo Corporation (WB) | | | J | T | | | | | |
| 63. - Schwab xxxx-xx83 - Money Market Sweep Account | A | Interest | J | T | | | | | |
| 64. - Schwab xxxx-xx83 - Invesco Bulletshares (BTSM) - (X) Equity ETF | C | Dividend | M | T | | | | | |
| 65. - Schwab xxxx-xx83 - Schwab International (SCHF) Equity ETF | C | Dividend | L | T | Buy (add'l) | 09/23/19 | J | | |
| 66. - Schwab xxxx-xx83 Schwab US Large Cap Growth (SCHG) | | | | | Buy | 01/10/19 | M | | |
| 67. - Schwab xxxx-xx83 Schwab US Large Cap Growth (SCHG) | | | | | Sold (part) | 09/19/19 | M | E | |
| 68. - Schwab xxxx-xx83 Schwab US Large Cap Growth (SCHG) | A | Dividend | M | T | Buy (add'l) | 11/22/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Schwab xxxx-xx83 Schwab US Large Cap Value (SCHV) | | | | | Sold (part) | 01/10/19 | M | | |
| 70.  - Schwab xxxx-xx83 Schwab US Large Cap Value (SCHV) | | | | | Buy (add'l) | 09/19/19 | M | | |
| 71.  - Schwab xxxx-xx83 Schwab US Large Cap Value (SCHV) | A | Dividend | | | Sold | 11/22/19 | M | C | |
| 72.  - Schwab xxxx-xx83 SPDR S&P 400 Mid Cap Growth ETF (MDYG) | | | | | Buy | 01/10/19 | M | | |
| 73.  - Schwab xxxx-xx83 SPDR S&P 400 Mid Cap Growth ETF (MDYG) | | | | | Sold (part) | 09/19/19 | M | D | |
| 74.  - Schwab xxxx-xx83 SPDR S&P 400 Mid Cap Growth ETF (MDYG) | B | Dividend | M | T | Buy (add'l) | 11/22/19 | M | | |
| 75.  - Schwab xxxx-xx83 SPDR S&P 400 Mid Cap Growth ETF (MDYV) | | | | | Sold (part) | 01/10/19 | M | | |
| 76.  - Schwab xxxx-xx83 SPDR S&P 400 Mid Cap Growth ETF (MDYV) | | | | | Buy (add'l) | 09/19/19 | M | | |
| 77.  - Schwab xxxx-xx83 SPDR S&P 400 Mid Cap Growth ETF (MDYV) | A | Dividend | | | Sold | 11/22/19 | M | C | |
| 78.  - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Growth ETF (SLYG) | | | | | Buy | 01/11/19 | L | | |
| 79.  - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Growth ETF (SLYG) | | | | | Sold (part) | 09/19/19 | L | D | |
| 80.  - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Growth ETF (SLYG) | A | Dividend | M | T | Buy (add'l) | 11/22/19 | M | | |
| 81.  - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Value ETF (SLYV) | | | | | Sold (part) | 01/10/19 | K | | |
| 82.  - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Value ETF (SLYV) | | | | | Buy (add'l) | 09/19/19 | L | | |
| 83.  - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Value ETF | A | Dividend | | | Sold | 11/22/19 | L | | |
| 84.  - Schwab xxxx-xx91 Money Market Sweep | A | Interest | K | | | | | | |
| 85.  - Schwab xxxxxx91 Ishares Core US Agrregate Bond ETF (AGG) | A | Dividend | | | Sold | 04/24/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - Schwab xxxx-xx91 - Ishares MSCI EAFE (EFA) ETF | B | Dividend | L | T | | | | | |
| 87. - Schwab xxxxxx91 Schwab Agrregrate Bond ETF (SWAGX) | | | | | Buy | 08/30/19 | M | | |
| 88. - Schwab xxxxxx91 Schwab Agrregrate Bond ETF (SWAGX) | A | Dividend | | | Sold | 12/20/19 | M | | |
| 89. Schwab xxxx-xx91 - SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | | | | | |
| 90. - Schwab xxxx-xx91 - Vanguard FTSE Emerging Markets (VWO) | A | Dividend | K | T | | | | | |
| 91. - Schwab xxxx-xx91 - American Fund Europacific Growth (AEPFX) | B | Dividend | K | T | | | | | |
| 92. - Schwab xxxx-xx91 - Angel Oak Multi Strat (ANGLX) Europacific Growth | B | Dividend | K | T | Buy | 04/25/19 | L | | |
| 93. -Schwab xxxx-xx91 - Angel Oak Multi Strat (ANGLX) | | | | | Sold (part) | 08/30/19 | K | A | |
| 94. - Schwab xxxxxx91 - Carillon Eagle Small Cap Growth Fd A (HRSCX) | B | Dividend | K | T | | | | | |
| 95. - Schwab xxxxxx91 - Doubleline Shiller Enhanced Cap Fund (DSENX) | C | Dividend | L | T | | | | | |
| 96. - Schwab xxxxxx91 - Doubleline Shiller Core Fixed (DLFNX) | A | Dividend | K | T | Buy | 12/20/19 | K | | |
| 97. - Schwab xxxxxx91 - Fidelity Inter Bond (FTHRX) Enhanced Cap Fund | A | Dividend | L | T | Buy | 12/20/19 | L | | |
| 98. - Schwab xxxxxx91 - Guggenheim (GIBLX) | B | Dividend | L | T | Buy | 04/25/19 | L | | |
| 99. - Schwab xxxxxx91 - Brandywine Global (GOBIX) | A | Dividend | | | Sold | 04/25/19 | K | | |
| 100. - Schwab xxxxxx91 - MFS New Discovery (NDVAX) Value Fund A | C | Dividend | K | T | | | | | |
| 101. - Schwab xxxxxx91 - Pimco Short Term (PTSHX) - (X) | A | Dividend | | | Sold | 04/25/19 | J | | |
| 102. - Schwab xxxxxx91 - Pimco Stockplus Small A (PCKAX) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - Schwab xxxxxx91 Pimco Incm Inst CL (PIMIX) | D | Dividend | L | T | Sold (part) | 08/30/19 | L | | |
| 104.  - Schwab-xxxxxx12 Cash Sweep Account | A | Interest | J | T | | | | | |
| 105.  - Schwab xxxxxx12 - 3M | A | Dividend | | | Sold | 07/15/19 | J | | |
| 106.  - Schwab xxxxxx12 - AT & T | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 107.  -Schwab xxxxxx12 - Abbott Laboratories | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 108.  -Schwab xxxxxx12 - Abbvie Inc. - X | A | Dividend | | | Sold | 07/15/19 | J | | |
| 109.  -Schwab xxxxxx12 - Accenture PLC | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 110.  -Schwab xxxxxx12 - ACS Activ DE Construc - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 111.  -Schwab xxxxxx12 - Aercap Holdings - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 112.  -Schwab xxxxxx12 - AIA Group LTD | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 113.  -Schwab xxxxxx12 - Airbus Group | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 114.  -Schwab xxxxxx12 - Altria Group | A | Dividend | | | Sold | 07/15/19 | J | | |
| 115.  -Schwab xxxxxx12 - Amazon | | | | | Buy | 07/01/19 | J | | |
| 116.  -Schwab xxxxxx12 - Amazon | | | | | Sold | 07/15/19 | J | A | |
| 117.  -Schwab xxxxxx12 - Amgen Inc | A | Dividend | | | Sold (part) | 04/15/19 | J | A | |
| 118.  -Schwab xxxxxx12 - Amgen Inc | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 119.  - Schwab xxxxxx12 - American Campus - Y Comm | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Schwab xxxxxx12 - Apple Inc | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 121.  -Schwab xxxxxx12 - Arthur J. Gallagher | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 122.  -Schwab xxxxxx12 - ASML Holdings | | | | | Buy | 04/03/19 | J | | |
| 123.  -Schwab xxxxxx12 - ASML Holdings | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 124.  -Schwab xxxxxx12 - ASML Holdings | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 125.  -Schwab xxxxxx12 - AT&T 3.6%23 | A | Int./Div. | | | Sold | 07/15/19 | J | A | |
| 126.  -Schwab xxxxxx12 - Auto Data Processing - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 127.  -Schwab xxxxxx12 - AXA SA | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 128.  -Schwab xxxxxx12 - BAE Systems | A | Dividend | | | Sold | 07/15/19 | J | | |
| 129.  -Schwab xxxxxx12 - Banco Santander | A | Dividend | | | Sold | 07/15/19 | J | | |
| 130.  -Schwab xxxxxx12 - Bank of America | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 131.  -Schwab xxxxxx12 - BASF SE - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |
| 132.  -Schwab xxxxxx12 - BCE Inc. | A | Dividend | | | Sold | 07/15/19 | J | | |
| 133.  -Schwab xxxxxx12 - Berkshire Hathaway - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 134.  -Schwab xxxxxx12 - BHP Group | | | | | Buy | 01/24/19 | J | | |
| 135.  -Schwab xxxxxx12 - BHP Group | | | | | Sold<br>(part) | 03/11/19 | J | A | |
| 136.  -Schwab xxxxxx12 - BHP Group | A | Dividend | | | Sold | 07/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Schwab xxxxxx12 - Biogen Inc. - (X) | A | Int./Div. | | | Sold | 07/15/19 | J | | |
| 138. -Schwab xxxxxx12 - Blackrock, Inc | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 139. -Schwab xxxxxx12 - Boeing | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 140. -Schwab xxxxxx12 - Brit Amer Tobacco- (X) | A | Dividend | | | Sold | 01/29/19 | J | | |
| 141. -Schwab xxxxxx12 - Canadian Natl Railwy | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 142. -Schwab xxxxxx12 - Carlsberg AS | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 143. -Schwab xxxxxx12 - CDW Corp - (X) | A | Dividend | | | Buy | 04/15/19 | J | | |
| 144. -Schwab xxxxxx12 - CDW Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 145. -Schwab xxxxxx12 - Chevron Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 146. -Schwab xxxxxx12 - CISCO Systems Inc. | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 147. -Schwab xxxxxx12 - Citigroup Inc. | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 148. -Schwab xxxxxx12 - Citigroup Inc. 4.4%25 | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 149. -Schwab xxxxxx12 - Comcast Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 150. -Schwab xxxxxx12 - Consolidated Edison | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 151. -Schwab xxxxxx12 - Crown Castle Intl Co | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 152. -Schwab xxxxxx12 - Daimler AG - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |
| 153. -Schwab xxxxxx12 - Danone - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   - Schwab xxxxxx12 - DBS Group Holdings | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 155.   -Schwab xxxxxx12 - Deutsche Boerse - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 156.   -Schwab xxxxxx12 - Duetsche Post AG - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |
| 157.   -Schwab xxxxxx12 - Discover Finl | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 158.   -Schwab xxxxxx12 - DNB ASA | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 159.   -Schwab xxxxxx12 - E. On SE AG | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 160.   -Schwab xxxxxx12 - Engie SA | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 161.   -Schwab xxxxxx12 - Essiolorluxotica | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 162.   -Schwab xxxxxx12 - Estee Lauder | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 163.   -Schwab xxxxxx12 - Exxon Mobil Corp | A | Dividend | | | Sold | 07/15/19 | J | | |
| 164.   -Schwab xxxxxx12 - Facebook Inc. - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 165.   -Schwab xxxxxx12 - Factset Research Sys | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 166.   -Schwab xxxxxx12 - Fanuc Ltd. Japan | A | Dividend | | | Sold | 07/15/19 | J | | |
| 167.   -Schwab xxxxxx12 - Fedex Corp | A | Dividend | | | Sold | 07/15/19 | J | | |
| 168.   -Schwab xxxxxx12 - Hitachi | | | | | Buy | 06/12/19 | J | | |
| 169.   -Schwab xxxxxx12 - Hitachi | | | | | Sold | 07/15/19 | J | | |
| 170.   -Schwab xxxxxx12 - Home Depot | A | Dividend | | | Sold | 07/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Schwab xxxxxx12 - Honeywell | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 172.  -Schwab xxxxxx12 - Hormell Foods Corp | | | | | Sold<br>(part) | 01/24/19 | J | A | |
| 173.  -Schwab xxxxxx12 - Hormell Foods Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 174.  -Schwab xxxxxx12 - Industria DE Diseno TE - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 175.  -Schwab xxxxxx12 - Intel Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 176.  -Schwab xxxxxx12 - Interntnl Cos Airls | | | | | Buy | 01/22/19 | J | | |
| 177.  -Schwab xxxxxx12 - Interntnl Cos Airls | | | | | Sold | 07/15/19 | J | | |
| 178.  -Schwab xxxxxx12 - Intesa Sanpalol Spa | A | Dividend | | | Sold | 07/15/19 | J | | |
| 179.   - Schwab xxxxxx12 - Ishares Russell 1000 | A | Dividend | | | Sold | 07/15/19 | K | C | |
| 180.  -Schwab xxxxxx12 - JP Morgan Chase & Co | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 181.  -Schwab xxxxxx12 - Janus Henderson Short Term BD | A | Dividend | | | Sold | 07/12/19 | K | B | |
| 182.  -Schwab xxxxxx12 - Johnson & Johnson | A | Dividend | | | Sold | 07/15/19 | J | | |
| 183.  -Schwab xxxxxx12 - JP Morgan Chase 3.3%26 | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 184.  -Schwab xxxxxx12 - JP Morgan Chase 2.95%26 | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 185.  -Schwab xxxxxx12 - Julius Baer Group Ltd | A | Dividend | | | Sold | 07/15/19 | J | | |
| 186.   - Schwab xxxxxx12 - James River Group Holdings - Y | | | | | | | | | |
| 187.  -Schwab xxxxxx12 - Keycorp Inc. - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -Schwab xxxxxx12 - Kimberly Clark Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 189.  -Schwab xxxxxx12 - Kubota Ltd - (X) | A | Dividend | | | Sold | 03/21/19 | J | | |
| 190.  -Schwab xxxxxx12 - Lloyds Banking Corp - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |
| 191.  -Schwab xxxxxx12 - Lockheed Martin Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 192.  -Schwab xxxxxx12 - Lowes Companies | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 193.  -Schwab xxxxxx12 - Mainstay Mackay High | A | Dividend | | | Sold | 07/12/19 | K | | |
| 194.  -Schwab xxxxxx12 - Marketaxss Holdings | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 195.  -Schwab xxxxxx12 - Mastercard Inc. | A | Dividend | | | Sold | 07/15/19 | J | C | |
| 196.  -Schwab xxxxxx12 - McDonalds Corp - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 197.  -Schwab xxxxxx12 - Merck & Co | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 198.  -Schwab xxxxxx12 - Microsoft Corp | A | Dividend | | | Sold | 07/15/19 | J | C | |
| 199.  -Schwab xxxxxx12 - MSCI Inc - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 200.  -Schwab xxxxxx12 - Murata Mfg Co. Ltd | A | Dividend | | | Sold | 07/15/19 | J | | |
| 201.  - Schwab xxxxxx12 - Mid America Apartment - Y | | | | | | | | | |
| 202.  -Schwab xxxxxx12 - Naspers Ltd | | | | | Buy | 05/02/19 | J | | |
| 203.  -Schwab xxxxxx12 - Naspers Ltd | A | Dividend | | | Sold | 07/15/19 | J | | |
| 204.  -Schwab xxxxxx12 - Nextera Energy Inc. | A | Dividend | | | Sold | 07/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -Schwab xxxxxx12 - Nike Inc. | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 206.  -Schwab xxxxxx12 - Nordea Bank ABP - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |
| 207.  -Schwab xxxxxx12 - Nutrien Ltd | | | | | Buy | 06/28/19 | J | | |
| 208.  -Schwab xxxxxx12 - Nutrien | A | Dividend | | | Sold | 07/15/19 | J | | |
| 209.  -Schwab xxxxxx12 - NXP Semiconductors | | | | | Buy | 01/07/19 | J | | |
| 210.  -Schwab xxxxxx12 - NXP Semiconductors | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 211.  -Schwab xxxxxx12 - Oracle Corp - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 212.  -Schwab xxxxxx12 - Orange | A | Dividend | | | Sold | 07/15/19 | J | | |
| 213.  -Schwab xxxxxx12 - Otsuka Holdings Co. Ltd | A | Dividend | | | Sold | 07/15/19 | J | | |
| 214.  -Schwab xxxxxx12 - Paychex Inc. | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 215.  -Schwab xxxxxx12 - Pepsico | | | | | Buy | 05/24/19 | J | | |
| 216.  -Schwab xxxxxx12 - Pepsico | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 217.  - Schwab xxxxxx12 - Sun Communities - Y | | | | | | | | | |
| 218.  - Schwab xxxxxx12 - Weyerhaeuser - Y | | | | | | | | | |
| 219.  - Schwab xxxxxx12 - Physicians Realty TR - Y | | | | | | | | | |
| 220.  - Schwab - xxxxxx12 - ally Financial - Y | | | | | | | | | |
| 221.  - Schwab - xxxxxx12 - Aptargroup - Y | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - Schwab - xxxxxx12 - Artisan Part Asset - Y | | | | | | | | | |
| 223.  - Schwab - xxxxxx12 - Blackbaud, Inc - Y | | | | | | | | | |
| 224.  - Schwab - xxxxxx12 - Booz Allen Hamilton - Y | | | | | | | | | |
| 225.  - Schwab - xxxxxx12 - Bristol Myers Squibb - Y | | | | | | | | | |
| 226.  - Schwab - xxxxxx12 - Broadridge - Y | | | | | | | | | |
| 227.  - Schwab - xxxxxx12 - Canadian National Railway - Y | | | | | | | | | |
| 228.  - Schwab - xxxxxx12 - Carters, Inc - Y | | | | | | | | | |
| 229.  - Schwab - xxxxxx12 - Charles Schwab - Y | | | | | | | | | |
| 230.  - Schwab - xxxxxx12 - Cognex - Y | | | | | | | | | |
| 231.  - Schwab - xxxxxx12 - Conocophillips - Y | | | | | | | | | |
| 232.  - Schwab - xxxxxxx12 - Eagle Materials - Y | | | | | | | | | |
| 233.  - Schwab - xxxxxx12 - Ecolab - Y | | | | | | | | | |
| 234.  - Schwab - xxxxxx12 - Emerson Electric - Y | | | | | | | | | |
| 235.  - Schwab - xxxxxx12 - Exponent - Y | | | | | | | | | |
| 236.  - Schwab - xxxxxx12 - Ford Motor Company - Y | | | | | | | | | |
| 237.  - Schwab - xxxxxx12 - Glacier Bancorp - Y | | | | | | | | | |
| 238.  - Schwab - xxxxxx12 - Graco Inc. - Y | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.   - Schwab - xxxxxx12 - Hexcel Crop - Y | | | | | | | | | |
| 240.   - Schwab - xxxxxx12 - HSBC Holdings - Y | | | | | | | | | |
| 241.   - Schwab - xxxxxx12 - Lincoln Elec Holdings - Y | | | | | | | | | |
| 242.   - Schwab - xxxxxx12 - Lithia Motors - Class - Y A | | | | | | | | | |
| 243.   - Schwab - xxxxxx12 - MGM Resorts - Y | | | | | | | | | |
| 244.   Schwab - xxxxxx12 - Nordson Corp - Y | | | | | | | | | |
| 245.   - Schwab - xxxxxx12 OGE Energy Cp Hldg - Y | | | | | | | | | |
| 246.   -Schwab xxxxxx12 - Pfizer Inc. | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 247.   - Schwab - xxxxxx12 - Phillip Morris Intl | | | | | Sold<br>(part) | 01/07/19 | J | | |
| 248.   -Schwab xxxxxx12 - Phillip Morris | A | Dividend | | | Sold | 07/15/19 | J | | |
| 249.   - Schwab - xxxxxx12 - Phillips 66 | | | | | Sold | 07/15/19 | J | A | |
| 250.   - Schwab - xxxxxx12 - Pinnacle Finl Partnr - Y | | | | | | | | | |
| 251.   - Schwab - xxxxxx12 - Polaris Industries - Y | | | | | | | | | |
| 252.   - Schwab - xxxxxx12 - Pool Corporation - Y | | | | | | | | | |
| 253.   - Schwab - xxxxxx12 - Porland General Elec - Y | | | | | | | | | |
| 254.   - Schwab - xxxxxx12 - Power Integrations - Y | | | | | | | | | |
| 255.   - Schwab - xxxxxx12 - Pricesmart - Y | | | | | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Schwab - xxxxxx12 - ProAssurance Corp - Y | | | | | | | | | |
| 257.  - Schwab - xxxxxx12 - Procter & Gamble | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 258.  - Schwab - xxxxxx12 - Prologis Inc. | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 259.  - Schwab - xxxxxx12 - Quaker Chemical - Y Corp | | | | | | | | | |
| 260.  - Schwab - xxxxxx12 - Ritchie Bros. Auction - Y | | | | | | | | | |
| 261.  - Schwab - xxxxxx12 - Roches Hldg AG | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 262.  - Schwab - xxxxxx12 - Rolls Royce | | | | | Buy | 05/29/19 | J | | |
| 263.  - Schwab - xxxxxx12 - Rolls Royce | A | Dividend | | | Sold | 07/15/19 | J | | |
| 264.  - Schwab - xxxxxx12 - Royal DSM | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 265.  - Schwab - xxxxxx12- Royal Dutch Shell | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 266.  - Schwab - xxxxxx12 - RPM International | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 267.  - Schwab - xxxxxx12 - S&P Global, Inc - Y | | | | | | | | | |
| 268.  - Schwab - xxxxxx12 - SAP SE | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 269.  - Schwab - xxxxxx12 - Schlumberger Ltd. - Y | | | | | | | | | |
| 270.  - Schwab - xxxxxx12 - Schneider National - Y | | | | | | | | | |
| 271.  - Schwab - xxxxxx12 - Secom Co. Ltd | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 272.  - Schwab xxxxxx12 - Seven & I Hldg | A | Dividend | | | Sold | 07/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - Schwab - xxxxxx12 - Sherwin Williams | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 274.  - Schwab - xxxxxx12 - Siemens Healthliners | | | | | Buy | 04/17/19 | J | | |
| 275.  - Schwab - xxxxxx12 - Siemens Healthliners | | | | | Sold | 07/15/19 | J | | |
| 276.  - Schwab - xxxxxx12 - Six Flags Entertainment | A | Dividend | | | Sold | 07/15/19 | J | | |
| 277.  - Schwab - xxxxxx12 - Smith & Nephew | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 278.  - Schwab - xxxxxx12 - Starbucks | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 279.  - Schwab - xxxxxx12 - Steris Plc - Y | | | | | | | | | |
| 280.  - Schwab - xxxxxx12 - Sumitomo Mitsui Fian | A | Dividend | | | Sold | 07/15/19 | J | | |
| 281.  - Schwab - xxxxxx12 - Templeton Global Bond Fund ADV | A | Dividend | | | Sold | 07/15/19 | K | | |
| 282.  - Schwab - xxxxxx12 - Tesco Plc - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |
| 283.  - Schwab - xxxxxx12 - Texas Instruments | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 284.  - Schwab - xxxxxx12 - The Coca Cola Co. - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 285.  - Schwab - xxxxxx12 - TJX Companies | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 286.  - Schwab - xxxxxx12 - Toray Industries - (X) | A | Dividend | | | Sold | 07/15/19 | J | | |
| 287.  - Schwab - xxxxxx12 - Toro Company | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 288.  - Schwab - xxxxxx12 - Total SA F Spondored ADR | A | Dividend | | | Sold | 06/18/19 | J | A | |
| 289.  - Schwab - xxxxxx12 - Union Pacific Corp | A | Dividend | | | Sold | 07/15/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.   - Schwab - xxxxxx12 - United Health Group | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 291.   - Schwab - xxxxxx12 - US Treasur NT 1.625% 08/19 | A | Interest | | | Sold | 07/16/19 | J | | |
| 292.   - Schwab - xxxxxx12 - US Treasur NT 1.625% 10/23 | A | Interest | | | Sold | 07/16/19 | J | A | |
| 293.   - Schwab - xxxxxx12 - US Treasur NT 1.875% 04/22 | A | Interest | | | Sold | 07/16/19 | J | | |
| 294.   - Schwab - xxxxxx12 - US Treasur NT 1.0% 10/19 | | | | | Buy | 04/04/19 | J | | |
| 295.   - Schwab - xxxxxx12 - US Treasur NT 1.0% 10/19 | A | Interest | | | Sold | 07/16/19 | J | | |
| 296.   - Schwab - xxxxxx12 - US Treasur NT 1.0% 11/19 | | | | | Buy | 05/23/19 | J | | |
| 297.   - Schwab - xxxxxx12 - US Treasur NT 1.0% 11/19 | A | Interest | | | Sold | 07/16/19 | J | | |
| 298.   - Schwab - xxxxxx12 - US Treasur NT 2.0% 02/25 | A | Interest | | | Sold | 07/16/19 | J | A | |
| 299.   - Schwab - xxxxxx12 - US Treasur NT 1.5% 05/19 | A | Interest | | | Sold | 05/23/19 | J | | |
| 300.   - Schwab - xxxxxx12 - US Treasur NT 2.5% 01/24 | | | | | Buy | 02/21/19 | J | | |
| 301.   - Schwab - xxxxxx12 - US Treasur NT 2.5% 01/24 | A | Interest | | | Sold | 07/16/19 | J | A | |
| 302.   - Schwab - xxxxxx12 - US Treasur NT 3.5% 05/20 | | | | | Buy | 02/21/19 | J | | |
| 303.   - Schwab - xxxxxx12 - US Treasur NT 3.5% 05/20 | A | Interest | | | Sold | 07/16/19 | J | | |
| 304.   - Schwab - xxxxxx12 - US Treasur NT 1.75% 01/23 | A | Interest | | | Sold | 07/16/19 | J | A | |
| 305.   - Schwab - xxxxxx12 - US Treasur NT 1.75% 10/20 | | | | | Buy | 04/01/19 | J | | |
| 306.   - Schwab - xxxxxx12 - US Treasur NT 1.75% 10/20 | A | Interest | | | Sold | 07/16/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. - Schwab - xxxxxx12 - US Treasur NT 2.25% 02/27 | | | | | Buy | 04/01/19 | J | | |
| 308. - Schwab - xxxxxx12 - US Treasur NT 2.25% 02/27 | A | Interest | | | Sold | 07/16/19 | J | A | |
| 309. - Schwab - xxxxxx12 - US Treasur NT 2.25% 12/24 | A | Interest | | | Sold | 07/16/19 | J | A | |
| 310. - Schwab - xxxxxx12 - Vanguard FTSE Emerginc Markets | A | Dividend | | | Sold | 07/15/19 | K | A | |
| 311. - Schwab - xxxxxx12 - Vanguard S&P 500 ETF | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 312. - Schwab - xxxxxx12 - Verizon Comm | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 313. - Schwab - xxxxxx12 - Visa Inc. Class A | A | Dividend | | | Sold | 07/15/19 | J | B | |
| 314. - Schwab - xxxxxx12 - Wabtec - Y | | | | | | | | | |
| 315. - Schwab - xxxxxx12 - Walt Disney Co. | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 316. - Schwab - xxxxxx12 - Webster Financial - Y | | | | | | | | | |
| 317. - Schwab - xxxxxx12 - Wells Fargo & Co NA | | | | | Buy (add'l) | 04/02/19 | J | | |
| 318. - Schwab - xxxxxx12 - Wells Fargo & Co | A | Interest | | | Sold | 07/15/19 | J | A | |
| 319. - Schwab - xxxxxx12 - Wells Fargo Bank NA | A | Dividend | | | Sold | 07/15/19 | J | | |
| 320. - Schwab - xxxxxx12 - West Pharm Srvc - Y Inc. | | | | | | | | | |
| 321. - Schwab - xxxxxx12 - Xcel Energy | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 322. - Schwab - xxxxxx12 - Yum Brands Inc. - (X) | A | Dividend | | | Sold | 07/15/19 | J | A | |
| 323. - Schwab - xxxxxx12 - Zoetis Inc. Class A - (X) | A | Dividend | | | Sold | 07/15/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.   - Schwab - xxxxxx12 - Mainstay High Yiel Corp. Bd. 1 | A | Dividend | | | Sold | 07/15/19 | K | | |
| 325. | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. | | | | | | | | | |
| 328. | | | | | | | | | |
| 329. | | | | | | | | | |
| 330. | | | | | | | | | |
| 331. | | | | | | | | | |
| 332. | | | | | | | | | |
| 333. | | | | | | | | | |
| 334. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 34. The valuation is based upon the Allen County, Indiana Assessor's Office assessment of $914,200 dated March 15, 2019. The Trust owns a 50% interest in the property resulting in a valuation code of "N".

When my nomination expired on December 31, 2018, I was instructed to prepare a new Nomination FDR. At the time, the Government was shut down and there were limited resources available to answer questions regarding the filing requirements. I sought information regarding the need to continue to list the assets held in a Family Trust based upon my resignation as the Trustee in October 2018. As a result of the erroneous information provided, I filed the same information submitted in my original Nomiation FDR (filed April 2018). The January 2019 Nomination FDR failed to reflect changes in the funds I held individually and held by the Trust and also failed to disclose certain funds purchased between April 2018 and January 2019. The sale and purchase of funds between April 2018 and January 1, 2019 were made in the normal course and were not the result of any unanticipated or out of the ordinary gain.

The following investments should have been included in Part VII of my January 2019 Nomination FDR. I have placed an (X) behind these investments in Part VII of this year's report.

Trust

 Nutrien Ltd

Trust Schwab xxxxxx83

     Invesco Bulletshares

Trust Schwab xxxxxx91

     Pimco Short Term

Trust Schwab xxxxxx12

 Abbvie
 ACS Activ DE Const
 Aercap Holdings
 Auto Data Processing
 BASF SE
 Berkshire Hathaway
 Biogen Inc
 Brit Amer Tobacco
 CDW Corp
 Daimler AG
 Danone
 Deutsche Borse
 Duestche Post AG
 Facebook
 Industria DE Diseno TE
 Keycorp Inc
 Kubota Ltd
 Lloyds Banking Corp
 McDonalds Corp
 MSCI Inc
 Nordea Bank ABP
 Oracle Corp
 Tesco  Plc
 The Coca Cola Co
 Toray Industries
 Yum Brands
 Zoetis Inc.  Class A

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following investments should Not have been included in Part VII of my January 2019 Nomination FDR and do not appear on this report in Part VII.  The investments with a (Y) on this year's report denote those investments that were not reportable because they fell below the $1,000 reporting threshold.

Brady

Home Depot
Johnson & Johnson
SD Plus Corp
Macy's
Kroger

Trust

Magellan Midstream Partners

Trust Schwab xxxxxxx83

Schwab US Aggregate Bond ETF

Schwab xxxxxx91

Pimco Stockplus Small D

Schwab xxxxxx12

American Tower Corp
Coresite Realty
Crown Castle Inc
Delphi Auto
Easterly Govt
Equity Residential
Ishares Cohen and Steersreit
Magellan Midstream Partners
Realty Incm Corp
Simon Property Group
Simon Hotel Property
Welltowner Inc
Adecco
Aegon
Alliant Energy
Ambev
Amer Electric Power
Asetllas Pharma
Banco Bilbao
Bankunited
BHP Biliton
Broadco
CEB Inc
CK Hutchinson
CA Inc
CA Atlantic
Canadian National
Carrefour SA
Caterpillar
China Mobile Ltd

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Clorox
Compass
Costco
CR Bard Inc.
Cummins
CVS Health
Dominos
Dow Chemical
Dowdupont
Dupon EI DE Nemour
Duke Energy
EOG Resoucces
Fresensius Med Care
Gemal to NB
General Dynamics
Genuine Parts
Goldman Sachs
Goodyear Tire & Rubber
Greenhill & Co
Harman Intl Inds. Inc
Heartland Express
Iberiabank Corp
IBM Corp
Illinois Tool
Komatsu Ltd
Logmein
Lyondell Bassell Ind
Mazda Motors
Microchip Technology
Mitsubishi Estate
Monsanto Co
Moodys Corp
Navient
Novo Nordisk
Occidental Petrol
Panasonic Corp
Principal Financial
Raytheon Co
Rockwell Collins
Royal KpN NV
Scripps Ntwk Interac
Seiko Espson Corp
Skyworks
Southern Company
SS&C Technologies
Tesco Plc
Target Corp
Time Warner
Toronto Dominion
Tupperware Brands
United Parcel Services – Class B
United Technologies
Valero Energy
Vivendi SA
Walgreens Boots Alli
Wal-Mart Stores Inc.
Waste Management
Zions Bancorp
Templeton Global
James River Group

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Holly A. Brady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544